## AFFIDAVIT

I, Peggy A. Roberts, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent (SA) with Homeland Security Investigations (HSI), and have been so for over nineteen (19) years. Over the course of my career with Homeland Security Investigations, I have conducted numerous investigations involving but not limited to: counter proliferation, worksite enforcement, drug smuggling, human trafficking, and fraud, including immigration benefit fraud.

2. Previous to my career with HSI, I served as a Probation Officer for nine (9) years for the states of Florida and Ohio, which involved the supervision of thousands of convicted felons over the course of my career as a Probation Officer, and included numerous criminal investigations relative to this population.

3. The information contained in this affidavit is based on personal knowledge and experience, review of documents, observations, and information conveyed to me by other individuals, including information obtained from other law enforcement agencies.

4. Because this affidavit is submitted for the limited purpose of establishing probably cause in support of the application for an arrest warrant, this affidavit does not set forth each and every fact learned by me or observed by me during the course of this investigation.

5. This affidavit includes only the facts I believe are necessary to establish probable cause to believe, Miguel Angel REYES committed violations of 18 U.S.C. § 1015, False Statements Related to Nationalization, Citizenship, or Alien Registry and 18 U.S.C. § 1425, Procurement of Citizenship and Naturalization Unlawfully.

### LEGAL AUTHORITY

6. Title 18, United States Code, Section 1015, in pertinent part, makes it a criminal offense to knowingly and willfully provide false statement under oath, in any case, proceeding, or matter relating to, or under, or by virtue of any law of the United States relating to naturalization, citizenship, or registry of aliens.

7. Title 18, United States Code, Section 1425, in pertinent part, makes it a criminal offense to knowingly apply for or otherwise attempt to obtain contrary to law and not entitled thereto: naturalization, citizenship, declaration of intention to become a citizen, or any certificate or evidence of nationalization or citizenship.

## BACKGROUND OF THE INVESTIGATION AND
## FACTS SUPPORTING PROBABLE CAUSE

8.  On January 20, 1994, Miguel Angel REYES entered the United States from Dominican Republic as a citizen of Dominican Republic and United States Permanent Resident Alien based on being a child of a United States Permanent Resident Alien.

9.  On July 21, 2000, Miguel Angel REYES enlisted as active duty in the United States Navy in Bronx, New York.

10. On, about, or between November 1, 2013 and November 30, 2014, in the City of Norfolk, Virginia, Miguel Angel REYES feloniously did sexually abuse A.T., a child under the age of thirteen (13), per Grand Jury Indictment, dated March 1, 2017, in violation of Virginia Code § 18.2-67.3.

11. On, about, or between November 1, 2013 and November 30, 2014, in the City of Norfolk, Virginia, Miguel Angel REYES, being eighteen (18) years of age or older, while maintaining a custodial or supervisory relationship over A.T., a child under the age of eighteen (18) who was not the spouse of the accused and who was not emancipated, feloniously did with lascivious intent knowingly and intentionally sexually abuse such child as defined in § 18.2-67.10[6], per Grand Jury Indictment, dated March 1, 2017, in violation of Virginia Code § 18.2-370(A).

12. On May 6, 2016, Norfolk Police Department (NPD), Norfolk, Virginia, was notified by Norfolk Child Protective Services (CPS) of possible sexual assaults involving the two minor daughters of Margaret Tejada. Margaret Tejada had reported to her church the possibility that her two minor daughters were sexually assaulted by their stepfather, Miguel Angel REYES. The church reported the allegation to CPS, who reported the allegation to NPD. CPS had interviewed REYES during their investigation and REYES made a statement regarding wanting to apologize to his wife for what he did to the kids.

13. Coincidentally, also on May 6, 2016, Miguel Angel REYES completed a Form N-400 Application for Citizenship that REYES completed and signed under the penalty of perjury. On this form, REYES checked "No" to Question # 14E, "Were you EVER involved in any way with any of the following…Forcing, or trying to force, someone to have any kind of sexual contact or relations?" As Miguel Angel REYES's sex crimes occurred from at least 2013 through at least 2014, this was a false written statement and misrepresentation affirmed and signed by REYES under the penalty of perjury.

14. REYES also checked "No" to Question # 22 on the N-400 which asked, "Have you EVER committed, assisted in committing, or attempted to commit, a crime or offense for which you were NOT arrested?" As Miguel Angel REYES's sex crimes occurred from at least 2013 through at least 2014, for which he had not yet been arrested, this was a false written statement and misrepresentation affirmed and signed to by REYES under the penalty of perjury.

2

15. On May 31, 2016, Margaret Tejada's child (victim # 1) had a forensic interview at Children's Hospital of the Kings Daughters Child Advocacy Center (CHKD CAC), Norfolk, Virginia. During the interview, victim # 1 disclosed numerous sexual assaults at the hands of her stepfather, Miguel Angel REYES, during the November 2013 through November 2014 timeframe.

16. On June 7, 2016, Margaret Tejada's child (victim # 2) had a forensic interview at CHKD CAC. During the interview, victim # 2 disclosed at least three (3) incidents of sexual assault at the hands of her stepfather, Miguel Angel REYES.

17. On June 9, 2016, NPD secured arrest warrants for Miguel Angel REYES for sixteen (16) felony charges including: 3 counts forcible sodomy, 6 counts aggravated sexual battery, 6 counts indecent liberties by a child custodian, and object sexual penetration. NPD arrested Miguel Angel REYES this date. Miguel Angel REYES confessed to sexual acts involving his stepdaughters this date to NPD. Miguel Angel REYES was ordered held without bond by a Magistrate this date. On August 25, 2016, REYES received a bond from Norfolk Circuit Court in the amount of $15,000 and ultimately REYES made the bond and was released from custody.

18. Coincidentally, also on June 9, 2016, United States Citizenship and Immigration Services (USCIS) completed a fingerprint check of Miguel Angel REYES that returned negative results for derogatory information. Also a check of the Defense Central Index Investigations record check returned "no results found" for Miguel Angel REYES's social security number. USCIS fingerprint checks by agency rule expire in 15 months. Your Affiant surmises that the timing of the records check and the timing of the warrants must have been such that USCIS performed the searches just before they were uploaded by NPD.

19. On July 18, 2016, the United States Navy (USN) began the process to administratively separate Miguel Angel REYES from the USN.

20. On November 22, 2016, Angel Miguel REYES was interviewed at USCIS for the purpose of naturalizing as a U.S. Citizen. Prior to the commencement of this interview, a USCIS examiner placed REYES under oath and informed REYES that providing false information during the interview is a felony offense. REYES was asked if he needed to change or correct any information to his N-400 application. REYES changed/corrected his phone number, his (complete) name, his participation in a military unit, the presence of a weapon(s) during his U.S. Navy deployment, his U.S. Navy weapons training, and his detention in January 2007 by Military Police in Chile, South America for alcohol intoxication. As Angel Miguel REYES failed to change/correct that he was arrested in Norfolk, Virginia on June 9, 2016 for his sex crimes, this was a false verbal statement and misrepresentation.

21. On March 1, 2017, a Grand Jury in the Circuit Court for the City of Norfolk returned a True Bill for the Indictment of Miguel Angel REYES on one count of Aggravated Sexual Battery of a Victim Under Age 13, and one count of Taking Indecent Liberties with a Child by a Child Custodian.

22. On June 8, 2017, Miguel Angel REYES pled guilty to one count of Aggravated Sexual Battery of a Victim Under Age 13, and one count of Taking Indecent Liberties with a Child by a Child Custodian, in Norfolk Circuit Court.

23. On July 25, 2017, Miguel Angel REYES became a naturalized United States citizen. As part of the final process, REYES was required to complete the Form N-445, Notice of Naturalization Oath Ceremony, and complete the questionnaire on the form. REYES checked "No" to Question # 4 on the N-445 which asked, "Since your interview, have you been arrested, cited, charged, indicted, convicted, fined, or imprisoned for breaking or violating any law or ordinance, including traffic violations?" As Miguel Angel REYES was convicted on June 8, 2017, this was a false written statement and misrepresentation affirmed and signed by REYES under the penalty of perjury.

24. Based upon the above information, Your Affiant believes probable cause exists to conclude that Miguel Angel REYES obtained naturalized U.S. citizenship based on a false N-400 application, a false N-400 interview, and a false N-445 questionnaire.

25. On August 9, 2017, Miguel Angel REYES was discharged from the USN "under other than honorable conditions", according to the USN's Certificate of Release or Discharge from Active Duty (DD Form 214).

26. On September 1, 2017, Miguel Angel REYES was sentenced in Norfolk Circuit Court to 20 years of incarceration with the Virginia Department of Corrections (VA DOC) as to Indictment #1, and 5 years incarceration with the VA DOC as to Indictment #2, with sentences to run consecutively. The Court suspended 17 years and 3 months as to the sentence of Indictment #1, and suspended 4 years as to the sentence of Indictment #2, for a total suspension of 21 years and 3 months under the following conditions: sex offender registration, 10 years supervised probation upon release from custody, no contact with the victims, no unsupervised contact with minors under the age of 18, and compliance with Dr. Hollings's recommendations in the psychosexual report.

27. Miguel Angel REYES is due to be released from the VA DOC on August 31, 2020, and based on the foregoing facts, his imminent arrest is necessary to secure his presence in Federal District Court through a government custody to custody transfer. REYES was in the Hampton Roads area by virtue of his Naval service which has now ended and Your Affiant believes that REYES has few if any remaining ties to this district.

## CONCLUSION

28. Based on the foregoing facts, training, and experience, as well as your affiant's debriefings with cooperating witnesses and law enforcement witnesses, your affiant believes there is sufficient probable cause to charge that from at least May 2016, to at least July 2017, Miguel Angel REYES did knowingly and willfully violate Title 18, United States Code, Section 1015 and Title 18, United States Code, Section 1425, to wit: by making written and verbal false statements and misrepresentations to the U.S. Government to secure naturalized U.S. citizenship contrary to law, and by law, is therefore not entitled.

FURTHER YOUR AFFIANT SAYETH NOT.

*Peggy A. Roberts*
Peggy A. Roberts
Special Agent
Homeland Security Investigations

Subscribed and sworn before me this ___26th___ day of August 2020, in the City of Norfolk, Virginia.

Douglas E. Miller, USMJ
2020.08.26 15:42:24 -04'00'

_____
The Honorable Douglas E. Miller
United States Magistrate Judge